**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
    JHISLAINE BARTHELEMY

Order Filed on February 18, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

**Case No.:  18-33770**

**Hearing Date:  02/14/2019**

**Judge:  JOHN K. SHERWOOD**

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: February 18, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  JHISLAINE BARTHELEMY

Case No.:  18-33770JKS

Caption of Order:  Order Denying Confirmation

THIS MATTER having been scheduled before the Court on 02/14/2019 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 2/14/2019 of the plan filed on 12/17/2018, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 02/28/2019 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.