Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                           Case No.:  18−33770−JKS
                           Chapter:  13
                           Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jhislaine Barthelemy
   17 Rynda Road
   South Orange, NJ 07079

Social Security No.:
   xxx−xx−4440

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/29/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 30, 2020
JAN: mg

                                                  Jeanne Naughton
                                                  Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 18-33770-JKS
Jhislaine Barthelemy                                                    Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Apr 30, 2020
                              Form ID: 148             Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2020.
```
db             +Jhislaine Barthelemy,    17 Rynda Road,    South Orange, NJ 07079-1462
cr             +SN Servicing Corporation,    Friedman Vartolo LLP,    85 Broad Street,   Suite 501,
                 New York, NY 10004-1734
cr             +SN Servicing Corporation as servicer for U.S. Bank,    Friedman Vartolo LLP,    85 Broad Street,
                 Suite 501,    New York, NY 10004-1734
517902801       MTGLO Investors, L,    Milstead & Associates, LLC,    1 E Stow Rd,    Marlton, NJ  08053-3118
517902802      +PSE&G,    P.O. Box 1444,    New Brunswick, NJ 08903-1444
518022129      +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
517902803       State of NJ Dept. Of Labor,    PO Box 951,    Trenton, NJ  08625-0951
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2020 23:21:45     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2020 23:21:43     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
518399971      +E-mail/Text: bknotices@snsc.com Apr 30 2020 23:22:17
                 U.S. Bank Trust National Association as,    Trustee of the Chalet Series IV Trust,
                 c/o SN Servicing Corporation,    323 5th Street,    Eureka, CA 95501,
                 U.S. Bank Trust National Association as 95501-0305
518399970      +E-mail/Text: bknotices@snsc.com Apr 30 2020 23:22:17
                 U.S. Bank Trust National Association as,    Trustee of the Chalet Series IV Trust,
                 c/o SN Servicing Corporation,    323 5th Street,    Eureka, CA 95501-0305
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2020 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of
               the Chalet Series IV Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of the
               Chalet Series IV Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donald C. Goins    on behalf of Debtor Jhislaine  Barthelemy dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation as servicer for U.S. Bank
               Trust National Association as Trustee of the Chalet Series IV Trust
               bankruptcy@friedmanvartolo.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MTGLQ Investors, LP rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9
```